2013-1462, -1463

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

RYDEX, LTD.

        Plaintiff-Appellant,

v.

FORD MOTOR COMPANY

        Defendant-Cross Appellant,

Appeals from the United States District Court for the Southern District of Texas in Case No. 4:11-cv-0122, Judge Vanessa D. Gilmore

**UNOPPOSED MOTION FOR EXTENSION OF TIME
FOR DEFENDANTS-CROSS APPELLANTS
TO FILE PRINCIPAL AND RESPONSE BRIEF**

    Eric A. Buresh
    Jason R. Mudd
    ERISE IP, P.A.
    6201 College Boulevard
    Suite 300
    Overland Park, Kansas 66211
    Tel.: (913) 777-5600
    Email: eric.buresh@eriseip.com
    Email: jason.mudd@eriseip.com

    Attorneys for Defendants-Cross Appellants
    Ford Motor Company and Mazda Motor of

America, Inc. (d/b/a Mazda North American Operations)

Eric W. Schweibenz
Richard D. Kelly
Robert Carter Mattson
OBLON, SPIVAK, MCCLELLAND,
MAIER & NEUSTADT, L.L.P.
1940 Duke Street
Alexandria, Virginia  22314
Tel.: (703) 413-3000
eschweibenz@oblon.com
rkelly@oblon.com
rmattson@oblon.com

Attorneys for Defendant-Cross Appellant
Toyota Motor Sales, U.S.A., Inc.

Jeffrey Scott Patterson
HARTLINE DACUS BARGER DREYER LLP
6688 North Central Expressway
Suite 1000
Dallas, Texas  75206
Tel.: (214) 346-3701
jpatters@hdbdk.com

Attorney for Defendant-Cross Appellant
Nissan North America, Inc.

Date:  November 1, 2013

Defendants-Cross Appellants Ford Motor Company and Mazda Motor of America, Inc. (doing business as Mazda North American Operations) respectfully request a 30-day extension of time for Defendants-Cross Appellants Ford Motor Company, Mazda Motor of America, Inc. (doing business as Mazda North American Operations), Toyota Motor Sales, U.S.A., Inc., and Nissan North America, Inc. (collectively, "Defendants-Cross Appellants") to file their principal and response brief in this appeal, until and including December 16, 2013. Defendants-Cross Appellants Toyota Motor Sales, U.S.A., Inc., and Nissan North America, Inc. join in this request for an extension of time. Plaintiff-Appellant, through its counsel, has indicated that it does not oppose the requested relief. Accordingly, the Clerk of Court may act upon this motion pursuant to this Court's Rule 27(h).

In support of this motion, Defendants-Cross Appellants state as follows:

1.  This is Defendants-Cross Appellants' first request for an extension of time.

2.  Defendants-Cross Appellants' principal and response brief in this appeal is presently due on November 15, 2013.

3.  Because Defendants-Cross Appellants' counsel currently seek, for reasons of brevity, efficiency and simplicity, to file a joint principal and response brief instead of separate briefs filed by each individual Defendant-Cross Appellant,

Defendants-Cross Appellants need an additional thirty days (30) days in which to coordinate their efforts to complete their currently planned joint principal and response brief, and respectfully request that the due date be extended until and including December 16, 2013.

4. Defendants-Cross Appellants did not previously oppose Plaintiff-Appellant's motion for extension of time of thirty-eight (38) days to file its principal brief in this appeal, which was granted by this Court on August 13, 2013.

5. This motion is made at least seven (7) calendar days before the due date for Defendants-Cross Appellants' principal and response brief. *See* Fed. Cir. R. 26(b)(1).

6. Defendants-Cross Appellants have informed Plaintiff-Appellant that they are seeking an extension. *See* Fed. Cir. R. 26(b)(2). Plaintiff-Appellant does not oppose the requested extension, and will not file a response in opposition. *See* Fed. Cir. R. 26(b)(3).

WHEREFORE, Defendants-Cross Appellants respectfully request that the time for filing their principal and response brief in this appeal be extended thirty (30) days, until and including December 16, 2013. A supporting Declaration and a Proposed Order accompany this motion.

Date: November 1, 2013                    Respectfully submitted,

  /s/ Eric A. Buresh_____
Eric A. Buresh
Jason R. Mudd
ERISE IP, P.A.
6201 College Boulevard
Suite 300
Overland Park, Kansas  66211
Tel.: (913) 777-5600
Email: eric.buresh@eriseip.com
Email: jason.mudd@eriseip.com

Attorneys for Defendants-Cross Appellants Ford Motor Company and Mazda Motor of America, Inc. (d/b/a Mazda North American Operations)

**CERTIFICATE OF INTEREST**

Counsel for Defendants-Cross Appellants Ford Motor Company and Mazda Motor of America, Inc. (d/b/a Mazda North American Operations) certifies the following:

1. The full name of every party or amicus represented by me is:

    __Ford Motor Company and Mazda Motor of America, Inc. (d/b/a
    __Mazda North American Operations)_____

2. The name of the real part in interest (if the party named in the caption is not the real party in interest) represented by me is:

    __None_____

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    Ford Motor Company ("Ford") has no parent company. There are publicly traded corporations that may, from time to time, own more than 10% of Ford's stock as trustee or independent fiduciary for various employee plans. The most recent trustee owner in this capacity is State Street Corporation. _____
    Mazda Motor Corporation is the parent corporation of and owns more than 10 percent of the stock of Mazda Motor of America, Inc.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    Eric A. Buresh
    Jason R. Mudd
    ERISE IP, P.A.
    6201 College Boulevard
    Suite 300
    Overland Park, Kansas  66211
    Tel.: (913) 777-5600
    Email: eric.buresh@eriseip.com
    Email: jason.mudd@eriseip.com

Dated: November 1, 2013

                                   /s/ Eric A. Buresh
                                  Eric A. Buresh

# DECLARATION OF ERIC A. BURESH

I, Eric A. Buresh, an attorney, declare as follows:

1.  This declaration is made under Federal Circuit Rule 26(b)(5) in support of Defendants-Cross Appellants' motion to extend the time in which to file a principal and response brief in this matter. This is Defendants-Cross Appellants' first such request.

2.  I am the partner and principal attorney responsible for handling this appeal for Defendants-Cross Appellants Ford Motor Company and Mazda Motor of America, Inc. (d/b/a Mazda North American Operations), along with my partner Jason R. Mudd.

3.  I am authorized to make this declaration on behalf of Defendants-Cross Appellants Ford Motor Company, Mazda Motor of America, Inc. (doing business as Mazda North American Operations), Toyota Motor Sales, U.S.A., Inc. (through its counsel), and Nissan North America, Inc. (through its counsel) (collectively, "Defendants-Cross Appellants") in support of our motion to extend the time in which to file a principal and response brief in this matter.

4.  The need for the extension has arisen due to the currently shared desire by the Defendants-Cross Appellants to coordinate on filing a joint principal and response brief, rather than individual briefs by each party, in this matter for reasons of brevity, efficiency and simplicity. In particular, Defendants-Cross

Appellants are represented by six attorneys across three law firms and Defendants-Cross Appellants include corporations with client representatives located across the country and overseas. An extension of thirty (30) days will allow Defendants-Cross Appellants' lawyers to better collaborate and coordinate their efforts to complete a currently-planned joint principal and response brief in this matter rather than have each party file separate, potentially overlapping briefs.

5.     For these reasons, Defendants-Cross Appellants believe "good cause" exists for an extension and respectfully request an additional thirty (30) days, up to and including December 16, 2013, in which to file their principal and response brief.

6.     I am informed that Plaintiff-Appellant, through its counsel, does not oppose the requested extension of time.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated: November 1, 2013          /s/ Eric A. Buresh_____
                                 Eric A. Buresh

2013-1462, -1463

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

RYDEX, LTD.

                              Plaintiff-Appellant,

v.

FORD MOTOR COMPANY

                              Defendant-Cross Appellant,

Appeals from the United States District Court for the Southern District of Texas in Case No. 4:11-cv-0122, Judge Vanessa D. Gilmore

**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR DEFENDANTS-CROSS APPELLANTS TO FILE PRINCIPAL AND RESPONSE BRIEF**

The Unopposed Motion For Extension of Time For Defendants-Cross Appellants to File Principal and Response Brief filed by Defendants-Cross Appellants is GRANTED. Defendants-Cross Appellants' Brief shall be filed no later than December 16, 2013.

                                            _____

                                            Clerk

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 1, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

　_/s/ Eric A. Buresh_____
　Eric A. Buresh