NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RYDEX, LTD.,**
*Plaintiff-Appellant,*

v.

**FORD MOTOR COMPANY and MAZDA MOTOR OF AMERICA, INC. (doing business as Mazda North American Operations),**
*Defendants-Cross Appellants,*

and

**TOYOTA MOTOR SALES, U.S.A., INC.,**
*Defendant-Cross Appellant,*

and

**NISSAN NORTH AMERICA, INC.,**
*Defendant-Cross Appellant,*

and

**AMERICAN HONDA MOTOR CO., INC. and SUBARU OF AMERICA, INC.,**

*Defendants.*

_____

13-1462

_____

Appeal from the United States District Court for the Southern District of Texas in case no. 11-CV-0122 United States District Judge Vanessa D. Gilmore

_____

ON MOTION

Per Curiam.

<u>O R D E R</u>

Upon consideration of the Cross-Appellants, Toyota Motor Sales, U.S.A., Inc., Nissan North America, Inc., Mazda Motor of America, Inc., and Ford Motor Company's motion for sanctions,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

February 18, 2015              <u>/s/ Daniel E. O'Toole</u>
                               Daniel E. O'Toole
                               Clerk of Court